IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMILLE SMITH,

    Plaintiff,

vs.                                      CASE NO.: 1:04cv106-SPM/AK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF FLORIDA,

    Defendant.

_____/

## ORDER EXTENDING TIME

Upon consideration, the parties' Joint Motion for Extension of Time (doc. 25) is granted. The following new deadlines are established

| | |
|---|---|
| Discovery deadline: | October 7, 2005 |
| Plaintiff's expert report: | August 15, 2005 |
| Defendant's expert report: | September 15, 2005 |
| Commencing mediation: | September 15, 2005 |
| Completing mediation: | October 3, 2005 |
| Dispositive motions: | October 3, 2005 |

All other deadlines remain in effect and unchanged.

SO ORDERED this 28th day of July, 2005.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge