IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CAMILLE SMITH,**

    **Plaintiff,**

**v.**	**CASE NO. 1:04-cv-00106-SPM-AK**

**BOARD OF REGENTS OF THE UNIVERSITY OF FLORIDA,**

    **Defendant.**
_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Compel Discovery Responses (doc. 35), and the supplement thereto. (Doc. 42). Defendant has not responded or otherwise opposed the motion.

At issue are two document requests: (1) personnel files for sixteen named employees; and (2) documents related to other complaints of discrimination. Apparently, Defendant has produced documents regarding other complaints and this document request is no longer at issue, but Defendant has not produced the complete personnel files requested. (See Doc. 42). Plaintiff contends that Defendant has only produced routine administrative documents from these files, and she is interested in the performance evaluations and other documents more relevant to her claims that she was denied a promotion because of her sex. Since Defendant chose not to respond to the motion, the Court does not have benefit of its argument against production of the entire personnel files, and indeed, Defendant did not object to production in its original response to the request. The law is well settled that the failure to file timely objections to Plaintiff's request for production of documents constitutes a waiver of any objections,

and Defendant must now provide all requested documents which are within its possession, custody or control within the meaning of Fed. R. Civ. P. 34(a).  Peat, Marwick, Mitchell & Co. v. West, 748 F.2d 540 (10 Cir. 1984), pet. for cert. dism. 469 U.S. 1199 (1985); Perry v. Golub, 74 F.R.D. 360, 363 (N.D. Ala. 1976).  If there are confidentiality issues with this production, none have been brought to the attention of the Court, but the parties are encouraged to negotiate an order addressing such issues if they deem it necessary.

Accordingly, it is

**ORDERED:**

Plaintiff's motion to compel (doc. 35) is **GRANTED**, and Defendant shall produce all documents responsive to Request for Production of Documents No. 1 within ten days of this date.

**DONE AND ORDERED** this _14th_ day of October, 2005

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 1:04-cv-00106-SPM-AK*