IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMILLE SMITH,

      Plaintiff,

vs.                                   CASE NO.: 1:04cv106-SPM/AK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF FLORIDA,

      Defendant.

_____/

## ORDER EXTENDING TIME

Pending before the Court is Plaintiff Camille Smith's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (doc. 41). Upon consideration of the motion and the Order (doc. 46) granting Plaintiff's motion to compel, it is

ORDERED AND ADJUDGED:

1.      The motion (doc. 41) is granted.

2.      Plaintiff shall have up to and including November 14, 2005 to respond to Defendant's motion for summary judgment.

DONE AND ORDERED this 18th day of October, 2005.

*s/ Stephan P. Mickle*
_____
Stephan P. Mickle
United States District Judge