IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMILLE SMITH,

       Plaintiff,

vs.                                CASE NO.: 1:04cv106-SPM/AK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF FLORIDA,

       Defendant.

_____/

**ORDER SETTING TRIAL DATE AND
<u>DEADLINE FOR DISCOVERY AND DISPOSITIVE MOTIONS</u>**

       Upon consideration of the parties' report (doc. 59), it is

       ORDERED AND ADJUDGED:

       1.     The discovery deadline is extended to February 28, 2006.

       2.     The parties shall have up to an including March 21, 2006 to file

dispositive motions.

       3.     Trial is set for May 1, 2006.

       DONE AND ORDERED this 18th day of November, 2005.

               _s/ Stephan P. Mickle_____

               Stephan P. Mickle
               United States District Judge