IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMILLE SMITH,

    Plaintiff,

vs.	CASE NO.: 1:04cv106-SPM/AK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF FLORIDA,

    Defendant.

_____/

**ORDER DIRECTING PARTIES TO CONFER ON MOTION FOR
PRELIMINARY INJUNCTION AND SETTING DEADLINE FOR RESPONSE**

Upon review of Plaintiff's Motion for Preliminary Injunction (doc. 87), it is

ORDERED AND ADJUDGED as follows:

    1.    On or before March 15, 2006, counsel of record for Defendant shall meet with general counsel for Defendant and Drs. Russell Robinson and John Duff to discuss the allegations of retaliation raised in Plaintiff's motion for preliminary injunction.

    2.    On or before March 17, 2006, counsel for each party shall confer with each other in a good faith effort to resolve this matter.

    3.    If the parties are unable to resolve this matter, Defendant shall file, on or before March 21, 2006, a showing of good cause in writing why a

preliminary injunction should not be issued.

DONE AND ORDERED this 10th day of March, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge