IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMILLE SMITH,

    Plaintiff,

vs.                              CASE NO.: 1:04cv106-SPM/AK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF FLORIDA,

    Defendant.

_____/

## ORDER DENYING MOTION IN LIMINE

Defendant's motion in limine (doc. 108) was heard at the pretrial conference on May 30, 2006. Defendant seeks a ruling to exclude evidence related to the consideration of Dr. Alicia Mueller for a position as associate professor, the experiences of Dr. Elizabeth Graham in seeking promotions, and statistical evidence of discrimination.

With regard to Dr. Mueller, statements made by Dr. Russell Robinson are probative of discriminatory animus toward females . See doc. 73-6 and 73-7. Accordingly, to the extent Defendant seeks to exclude this evidence, Defendant's motion is denied.

With regard to Dr. Elizabeth Graham, it is unclear exactly what evidence Plaintiff seeks to introduce. In general, however, Plaintiff may present evidence

concerning Dr. Graham's observations and experiences of discriminatory animus toward females within the Department of Music.

Finally, with regard to statistical evidence, Plaintiff gave no indication that she intended to present such evidence. If however, Plaintiff intends to present statistical evidence, she must submit the evidence to the Court and obtain prior approval before presenting the evidence at trial.

Based on the foregoing, it is

ORDERED AND ADJUDGED that Defendant's motion in limine (doc. 108) is denied. This ruling is subject to reconsideration as the evidence is offered in context at trial.

DONE AND ORDERED this 5th day of June, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge