IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMILLE SMITH,

    Plaintiff,

vs.                              CASE NO.: 1:04cv106-SPM/AK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF FLORIDA,

    Defendant.

_____/

**ORDER EXTENDING TIME TO FILE PRETRIAL MATERIALS
AND SETTING TRIAL**

Pursuant to the pretrial conference conducted on May 30, 2006, it is

ORDERED AND ADJUDGED:

1.    Plaintiff's Motion for Extension of Time to File Pretrial Stipulations (doc. 112) is granted.  The parties shall have up to and including June 6, 2006 to file additional materials.

2.    Trial is set for August 28, 2006 at 8:30 a.m.  Five days are reserved.

DONE AND ORDERED this 5th day of June, 2006.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge