IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMILLE SMITH,

    Plaintiff,

vs.                                    CASE NO.: 1:04cv106-SPM/AK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF FLORIDA,

    Defendant.

_____/

## ORDER ON DEPOSITION OF DR. OLIVA

Plaintiff objects (doc. 104 at pp. 7-9) to playing a video tape of Dr. Oliva's deposition at trial. For the following reasons, the objection is overruled.

1.    Plaintiff concedes that the deposition can be read to the jury in accordance with Fed. R. Civ. P. 32(a)(3)(B) because Dr. Oliva is more than 100 miles away.

2.    "On request of any party in a case tried before a jury, deposition testimony offered other than for impeachment purposes shall be presented in nonstenographic form, if available, unless the court for good cause orders otherwise." Fed. R. Civ. P. 32(c).

3.    Plaintiff has not claimed any prejudice or otherwise shown good cause why the deposition testimony should be read to the jury, as opposed to

playing the video tape for the jury.

Accordingly, Plaintiff's objection to playing the video tape deposition of Dr. Oliva, instead of reading the deposition, is overruled.

DONE AND ORDERED this 28th day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge