IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMILLE SMITH,

      Plaintiff,

vs.                                                                     CASE NO.: 1:04cv106-SPM/AK

BOARD OF TRUSTEES OF THE
UNIVERSITY OF FLORIDA,

      Defendant.

_____/

## ORDER GRANTING LIMITED TEMPORARY STAY

On May 24, 2007, the Court issued an Order Granting Equitable Relief

(doc. 184) to Plaintiff Camille Smith.  Among other things, the order requires

Defendant to engage a neutral third party to prepare and implement an anti-

discrimination and anti-retaliation training program.  The order also requires

Defendant to provide counsel for Plaintiff with a written summary of the program

by June 29, 2007, for comment and approval.

On June 21, 2007, Defendant filed a Rule 60(b) motion for relief from the

order.  Doc. 185.  On June 22, 2007, Defendant filed a notice of appeal (doc.

187) and motion to stay (doc. 188).

Plaintiff has not had sufficient time to respond to the motions.  In the

meantime, however, the Court finds it appropriate to grant Defendant a limited,

temporary stay from compliance with the provision of the order requiring

Defendant to provide counsel for Plaintiff with a written summary of the anti-

discrimination and anti-retaliation program by June 29, 2007.

Accordingly, it is

ORDERED AND ADJUDGED:

1.      Defendant's motion to stay (doc. 188) is granted in part.

2.      Defendant shall have 14 days after an order is issued on the Rule

60(b) motion and motion to stay to provide counsel for Plaintiff with a written

summary of the anti-discrimination and anti-retaliation program.

3.      The Court takes under advisement the propriety of a further stay

pending appeal.  Plaintiff shall have up to and including July 9, 2007, to respond

to the motions.

DONE AND ORDERED this 26th day of June, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 1:04cv106-SPM/AK